JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-08-70075 |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(C)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| MOHAMMED MUNIR, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on February 12, 2008, the above named defendant was arrested based upon an arrest warrant (~~copy attached~~) issued upon an indictment pending in the Eastern District of Virginia Case Number 1:07 CR 425.

The defendant is charged with a violation of 21 U.S.C. Sections 952(a), 959, 963, 846, Conspiracy to Import Heroin and Distribute Heroin for Purpose of Importation, Conspiracy to Possess with Intent to Distribute and Distribute Heroin, and a forfeiture

//

//

1

1  count in violation of 21 U.S.C. Section 853(a). The amount of heroin charged was one
2  kilogram or more, and heroin is a Schedule I controlled Substance.
3
4  DATED:  2-13-08                                     Respectfully submitted,
5                                                                       JOSEPH P. RUSSONIELLO
                                                                              United States Attorney
6
7
8                                                                       CHRISTINA HUA
9                                                                       Assistant United States Attorney

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28