JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3-08-70075-MEJ |
|     Plaintiff, | ) | |
|     v. | ) | NOTICE OF ORDER STAYING |
| MOHAMMED MUNIR, | ) | RELEASE ON OUT-OF-DISTRICT CRIMINAL CASE |
|     Defendant. | ) | |
| | ) | |

    Please take notice that pursuant to the attached order issued from United States

District Judge Claude M. Hilton, Eastern District of Virginia, dated February 20, 2008,

the release of the above named defendant Mohammed Munir shall be stayed pending

review of the release order pursuant to 18 U.S.C. § 3145(a)(1).

    On February 12, 2008, the above named defendant was arrested based upon an

arrest warrant issued upon an indictment pending in the Eastern District of Virginia Case

Number 1:07 CR 425. The defendant is charged with a violation of 21 U.S.C. Sections

952(a), 959, 963, 846, Conspiracy to Import Heroin and Distribute Heroin for Purpose of

Importation, Conspiracy to Possess with Intent to Distribute and Distribute Heroin, and a

1

forfeiture count in violation of 21 U.S.C. Section 853(a). The amount of heroin charged was one kilogram or more, and heroin is a Schedule I controlled Substance.

On February 19, 2008, Magistrate Judge Maria-Elena James ordered conditions of release for the above-named defendant, and set an identity hearing on February 26, 2008.

On February 20, 2008, United States District Judge Claude M. Hilton in the Eastern District of Virginia signed a stay order, and further ordered the U.S. Marshals Service to transport the above named defendant to the Eastern District of Virginia for his detention hearing following his identity hearing in the Northern District of California. This stay order is attached and incorporated by reference.

DATED:   2-20-08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

CHRISTINA HUA
Assistant United States Attorney

2

# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 1:07CR425 |
| v. | | |
| | | |
| MOHAMMED MUNIR, | ) | |
|     a.k.a. Khalifa | ) | Judge Claude M. Hilton |
| | ) | |
|     Defendant. | ) | |

## ORDER

MAGISTRATE JUDGE MAIA-ELENA JAMES in the Northern District of California, having ordered on February 19, 2008, the release of Mohammed Munir, a.k.a. Mohammad Munir Anwari, pursuant to 18 U.S.C. § 3142, on an arrest warrant issued out of the Eastern District of Virginia,

THE UNITED STATES having moved this Court to review the release order of MOHAMMED MUNIR, a.k.a. Mohammad Munir Anwari pursuant to 18 U.S.C. § 3145(a)(1) and United States v. Vega, 438 F. 3d 801, 804 (7th Cir. 2006); it is hereby

ORDERED, ADJUDGED, AND DECREED that the release order issued by Magistrate Judge Maria-Elena James in the Northern District of California in this matter is STAYED pending the outcome of this Court's review of the issue of detention.

It is further ORDERED that the U.S. Marshal's Service is DIRECTED to take prompt steps to transport the defendant to this District for his detention hearing as soon as possible after the defendant has been afforded an "identity hearing" in the Northern District of California in accordance with Rule 5(c)(3)(D)(ii).

The Clerk is directed to send a copy of this Order to the U.S. Marshal's Service, the

Pretrial Services Office, the Northern District of California, and all counsel of record.

_____
UNITED STATES DISTRICT JUDGE

Date: Feb. 20, 2008
Alexandria, Virginia