**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

MAR 1 1 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

March 3, 2008

Office of the Clerk
U.S. District Court Eastern Dist of VA
401 Courthouse Square
Alexandria VA 22314

**FILED**

MAR 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: 3:08-70075 MAG
Case Number: US v Mohammed Munir
Charges: 21:952(a), 959, 963 + 846

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria Elena James. The following action has been taken:

(✓)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )  The defendant has a court appearance in your court on:

Enclosed are the following documents: ORIGINAL
~~Certified copy~~ ~~original~~ Rule 40 affidavit
original minute orders
certified copy of AO 94, Commitment to Another District

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Judith [signature]

Date: 3-12-08

CLERK, U.S. DISTRICT COURT